```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

JANE DOE                         *

          Plaintiff              *

     vs.                         *   CIVIL ACTION NO. MJG-14-1112

RICHARD SCRIVANI                 *
(f/k/a John Doe, No. 110)
                                 *
          Defendant
                                 *
*    *    *    *    *    *    *    *    *
```

ORDER REQUIRING RESPONSE TO COMPLAINT

The instant case has been pending for more than six months. Regardless of whether the Defendant has already received the Complaint and summons, it is appropriate to require the Plaintiff to again provide these to the Defendant. The Defendant must file a response to the Complaint in order to avoid a default judgment.

The Court is reluctant to enter a default judgment against the Defendant. Therefore, the Court shall give the Defendant more than two months to file a response.

Accordingly:

1. Plaintiff shall, by December 19, 2014 serve the Complaint and summons on the Defendant and, thereafter, file the summons return executed with the Court. Plaintiff shall also, by that date, provide the Defendant with a letter that includes – but is not necessarily limited to – the statements in Exhibit A attached hereto.

2. The Defendant shall, without fail, file a response to the Complaint by March 6, 2015.

3. Should Defendant comply with this Order, the case shall proceed in due course.

4. Should Defendant fail to comply with this Order, the Court may hold that he is in default and deemed liable to Plaintiff and proceed to determine the damages and/or other remedies to which Plaintiff may be entitled.

SO ORDERED, on Tuesday, November 25, 2014.

/s/
Marvin J. Garbis
United States District Judge

# EXHIBIT A

TEXT OF LETTER TO DEFENDANT

We are the attorneys for the Plaintiff in this case and understand that you are not represented by an attorney in this case.  If you are now represented by, or have consulted with, an attorney regarding this matter, please be sure to provide the attorney with this letter.

The Judge has required us to write you this letter to insure that you understand that if you do not respond to the Complaint, you may be subject to a default judgment against you.  Any default judgment against you could result in an award against you of at least $300,000.00.

We are providing, with this letter, a copy of the Judge's Order, the Complaint, and the Summons.  A response to the Complaint may be filed by mail addressed to the Clerk of Court, United States District Court for the District of Maryland, 101 W. Lombard Street, Baltimore, Maryland 21201.